Vacated by Supreme Court, December 6, 2004

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 03-7037**

―――――――――

MICHEAL LEE SPENCER, SR.,

Plaintiff - Appellant,

versus

MARK EARLEY, Office of the Virginia Attorney
General; COMMONWEALTH OF VIRGINIA, Department
of Corrections; BRUNSWICK CORRECTIONAL CENTER;
OFFICE OF HEALTH SERVICES; ERIC M. MADSEN;
RONALD ANGELONE; GENE M. JOHNSON,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge. (CA-01-1578-AM)

―――――――――

Submitted:  December 24, 2003          Decided:

―――――――――

Before WILKINSON, KING, and GREGORY, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Micheal Lee Spencer, Jr., Appellant Pro Se.  Philip Carlton
Hollowell, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia; Michael Eugene Ornoff, ORNOFF & ARNOLD, PC, Virginia
Beach, Virginia, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Micheal Lee Spencer, Sr., appeals the district court's orders granting Defendants' motion to dismiss and denying Spencer's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Spencer v. Earley, No. CA-01-1578-AM (E.D. Va. filed May 30, 2003 & entered June 2, 2003, filed July 15, 2003 & entered July 17, 2003). We deny Spencer's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED